IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>                              Plaintiff,  )<br>                                                          )<br>V.                                                     )<br>                                                          )<br>JUAN LUIS LOPEZ-CARREON,      )<br>                                                          )<br>                              Defendant. ) | Case No: CR-22-05-R |

### APPLICATION TO FILE EX PARTE APPLICATION FOR

### CJA PAYMENT OF SERVICES OTHER THAN COUNSEL

Pursuant to the Criminal Justice Act, and the Local Criminal Rules for the Western District of Oklahoma, Jason J. Murry, attorney for Defendant, Juan Luis Lopez-Carreon, makes application to file an ex parte application for the payment of services other than counsel and, in support of this application, alleges and states as follows:

1. Counsel was appointed to represent the Defendant, Juan Luis Lopez-Carreon, pursuant to the Criminal Justice Act on December 1, 2021. (Doc. No. 30).

2. Representation of the Defendant, Juan Luis Lopez-Carreon, required services other than counsel.

3. The Criminal Justice Act found at 18 U.S.C. §3006A provides for the payment of services other than counsel.

4. Counsel requests this Court authorize the filing of an Ex Parte Application for the payment of services other than counsel.

WHEREFORE, premises considered the Defendant, Juan Luis Lopez-Carreon, moves this Honorable Court to grant an Application to File and Ex Parte Application for the Payment of Services Other Than Counsel, and for any and all other such relief as the Court may deem just and equitable.

Respectfully submitted,

s/Jason J. Murry
Jason J. Murry, OBA No.: 17555
2101 N. Santa Fe
Edmond, OK 73003
Phone: (405) 528-1285
Fax: (405) 285-2121
*Attorney for the Defendant,*
*Juan Luis Lopez-Carreon*

## CERTIFICATE OF MAILING

I certify that I filed the above and foregoing document utilizing the Court's EFC filing system and no non-EFC parties are known to counsel.

s/Jason J. Murry
Jason J. Murry, OBA No.: 17555
2101 N. Santa Fe
Edmond, OK 73003
Phone: (405) 528-1285
Fax: (405) 285-2121
*Attorney for the Defendant,*
*Juan Luis Lopez-Carreon*